NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICHOLAS JOSEPH BORSELLINO,          )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No.  2D17-3268
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____ )

Opinion filed February 23, 2018.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender,
and Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

          Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.